NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

18-609 consolidated with 18-608, 18-610

STATE OF LOUISIANA

VERSUS

SHELTON BROADWAY

**********

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2017-CR-203683-A
HONORABLE KERRY L. SPRUILL, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Billy Howard Ezell, Van H. Kyzar, and Jonathan W. Perry, Judges.

AFFIRMED.

**Charles A. Riddle, III**
**District Attorney**
**Jonathan T. Gaspard**
**Assistant District Attorney**
**Twelfth Judicial District**
**P. O. Box 1200**
**Marksville, LA 71351**
**(318) 253-6587**
**COUNSEL FOR APPELLEE:**
    **State of Louisiana**

**Holli Ann Herrle-Castillo**
**LA  Appellate Project**
**P.O. Box 2333**
**Marrero, LA 70073**
**(504) 345-2801**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Shelton Broadway**

**EZELL, Judge.**

For the reasons set forth in the companion consolidated case hereto, *State of Louisiana v. Shelton Broadway*, 18-608 (La.App. 3 Cir. ___/___/19), ___ So.3d ___, we find that Defendant's three consecutive fifteen-year sentences are not excessive. Shelton Broadway's sentences are affirmed.

**AFFIRMED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2-16.3.